IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James L. Leary,

    Plaintiff,

  v.                                Case No. 2:20-cv-1135

Commissioner of
Social Security,

    Defendant.

## ORDER

This matter is before the court for consideration of the September 4, 2020, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge concluded that the plaintiff's statement of errors was not well taken, and recommended that the Commissioner's non-disability finding be affirmed.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report "will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 10, p. 27. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The court agrees with the report and recommendation of the magistrate judge (Doc. 10), and it is hereby adopted. The plaintiff's statement of errors is overruled, and the decision of the Commissioner is affirmed. The clerk shall enter judgment

affirming the decision of the Commissioner.

Date: September 28, 2020           s/James L. Graham
                                 James L. Graham
                                 United States District Judge